# ORIGINAL

## United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

| Tuesday, April 18, 2017 | Hearing Room 301 |
|---|---|

**10:00 AM**

**6:16-14437**    David K Shono and Sheila L Shono    **Chapter 7**

#1.00    Chapter 7 Trustee's Motion Authorizing the Short Sale of Real Property of the Estate Pursuant to Bankruptcy Code Free and Clear of Liens Pursuant to Bankruptcy Code §§ 363(b) and 363(f); (2) Approving Payment of Real Estate Commission; and (3) Granting Related Relief Including Use of Sale Proceeds to Reimburse Trustee for Actual Costs Incurred
Mtn/ntc/p&a's/decl fld 3-23-17 - Lynda T Bui
Cond non-oppos fld McCarthy & Holthus, LLP

Docket    31

**Matter Notes:**

PLAINTIFFS/MOVANTS:    DEFENDANTS/RESPONDENTS:

Bui    Johnson

**PROCEEDINGS:**

Sale Approved, free and clear, good faith purchaser, Commission approved

[ ] CONTINUED TO _____

(X) ORDER TO FOLLOW    ( ) TO BE LODGED
(X) NO LODGEMENT NECESSARY

( ) WALK THROUGH    ( ) CHAMBER'S ORDER

**Judge:**

EH _____